IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:12-CR-32(2) |
| | § | |
| SANTOS CONTRERAS (2) | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

Before the Court is Defendant Santos Contreras's "Motion for Free Trial Transcript." (Doc. No. 165). The Court referred this motion to the Honorable Zack Hawthorn, United States Magistrate Judge, for a report and recommendation. See (Doc. No. 157.) The Court has received and considered the report (Doc. No. 167) of the magistrate judge, who recommends that the Court grant Contreras's motion while also entering a CJA-7 form requiring Contreras to repay the cost of the transcripts within twenty-four months. No objections to the report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct. The magistrate judge's report and recommendation (Doc. No. 167) is **ADOPTED.**

It is, therefore, **ORDERED** that Defendant Santos Contreras may obtain transcripts paid for with CJA funds. However, the Court will also enter a CJA-7 form requiring Contreras to repay the cost of the transcripts within twenty-four months.

So **ORDERED** and **SIGNED** this **21** day of **March, 2013.**

_____
Ron Clark, United States District Judge